ROBERT J. F. SCHWARZENBACH, Doing Business under the Firm Name and Style of SCHWARZENBACH, HUBER & COMPANY, Respondent, v. WILLIAM LEDMAN

and Another, Doing Business as GAIETY WAIST COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and McAvoy, JJ.